IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: W. Drayson Silvera, II a/k/a Willoughby Drayson Silvera a/k/a Willoughby Silvera a/k/a W. Drayson Silvera II<br>　　Debtor, | BANKRUPTCY CASE NUMBER 21-12213-elf<br><br>CHAPTER 7 11 U.S.C. § 362 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　Movant.<br>v. | Hearing Date and Time: March 16, 2022 at 10:00 a.m.<br><br>Courtroom # 1 - Philadelphia Division / Nix Building |
| W. Drayson Silvera, II a/k/a Willoughby Drayson Silvera a/k/a Willoughby Silvera a/k/a W. Drayson Silvera II<br>　　Debtor/Respondent,<br><br>Robert H. Holber, Trustee<br>　　Additional Respondent. | |

**O R D E R**

AND NOW, this __17th__ day of ____March____, 2022, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE. PROVIDED HOWEVER**, that, **on or after May 16, 2022**, the Movant may relist the Motoin for another hearing.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**